RECEIVED
WILLIAM T. WALSH, CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**  2005 FEB -8 P 2: 41

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL ACTION** |
| Plaintiff, | Docket Numbers<br>99-00726-001<br>&<br>00-00358-001 |
| v. | |
| DAVID CHANG | **AMENDED ORDER<br>RELEASING FUNDS FROM<br>ESCROW** |
| Defendant | |

This matter having originally come before the Court upon the letter application of the United States Probation Office dated January 12, 2005; and the Court having previously entered an Order on January 18, 2005 authorizing the release of certain escrow funds "held in the trust account of Bradley Simon, Esq. of the law firm of Robertson, Freilich, Bruno, and Cohen. Newark, New Jersey"; and it now appearing to the Court upon the letter advice of William W. Robertson, Esq. of that law firm dated January 31, 2005 that Bradley Simon, Esq. is not now, nor has he ever been a member of, or associated with the law firm of Robertson, Freilich, Bruno & Cohen, LLC, and to clarify that prior authorization, and for good cause,

It is on this _____ day of February, 2005

**ORDERED:**   That the law firm of Robertson, Freilich, Bruno & Cohen, LLC is hereby authorized to immediately release to David Chang any monies held by it in escrow pursuant to the prior order of the Honorable Alfred M. Wolin.

**John C. Lifland**
United States District Court Judge